IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ANDRE JONES,
    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., et al.,
    Defendants.

Case No. 4:19-CV-04013-MMM

THE HONORABLE
Michael M. Mihm
Judge Presiding.

FILED
MAR 25 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR STATUS OF CASE

NOW COMES Plaintiff, ANDRE JONES, by and through himself, Pro Se, respectfully request for status of his pending case, IT IS FURTHER STATED IN SUPPORT THAT:

1. Plaintiff filed a Complaint pursuant to 28 USC Section 1983 on 1/18/2019.

2. That, when plaintiff filed he resided at Hill Correctional Center, P.O. Box 1700/600 South Linwood Road, Galesburg, IL 61402.

3. That, on February 1, 2019, plaintiff was transferred to Dixon Correctional Center, 2600 N. Brinton Avenue, Dixon, Illinois 61021, where he currently resides.

4. That, plaintiff has sent notification to the Clerk of the Court of the change of address; Merit Review Deadline was set for 2/7/2019.

5. That, today marks 60 days from the initial filing of the Complaint, and plaintiff hereby requests the status of his case, regarding a Merit Review Order, as plaintiff has not heard anything from this Court, besides the granting to proceed in forma pauperis.

WHEREFORE, plaintiff respectfully request that this Court records reflect the change in address, and enter an Order whereby advising him of the status of his case.

Pursuant to 28 USC 1746 or 18 USC 1621, I declare under penalty of perjury that I am the named party in the above action, that I have read the above action documents and that the information is true and correct to the best of my knowledge.

Andre Jones
Executed on March 19, 2019

Respectfully Submitted,

Andre Jones

Andre Jones, B-39520
2600 N. Brinton
Dixon, IL 61021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

ANDRE JONES,
    Plaintiff,

v.

WEXFORD HEALTH SOURCES, Inc., et al.,
    Defendants.

) Case No. 4:19-CV-04013-MMM
)
) THE HONORABLE
) Michael M. Mihm
) Judge Presiding.

## NOTICE OF FILING / CERTIFICATE OF SERVICE

TO: OFFICE OF THE CLERK FOR THE UNITED
STATES DISTRICT COURT - CENTRAL DISTRICT
OF ILLINOIS.
Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602

I, plaintiff, ANDRE JONES, Pro Se, swear under penalty of perjury that I have placed the entitled "Motion For Status Of Case" in the United States Mail at the Dixon Correctional Center on March 19, 2019, by placing said documents into the hands of a Correctional Officer, pre-paid first class postage having been affixed.

Pursuant to 28 USC 1746, and 18 USC 1621, I declare, under the penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

/s/ Andre Jones    Executed on: March 19, 2019

Andre Jones
Reg. No. B-52259
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021
Pro Se Litigant.

Mr. Andre Jones, B34946

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPT OF CORRECTIONS

Office of the Clerk for the United States District Court for the Central District of Illinois
Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, Illinois 61602